UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. MCDONOUGH and<br>MARGARET E. MCDONOUGH,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB NATIONAL INSURANCE<br>COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

The defendant, Chubb National Insurance Company ("Chubb"), hereby files this Notice of Removal of the captioned action from the Norfolk Superior Court, Commonwealth of Massachusetts, *James M. McDonough, et al. v. Chubb National Insurance Company*, Civil Action No. 2282CV00287, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of its Notice of Removal, Chubb states as follows:

1. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court by Chubb pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

2. The plaintiffs, James M. McDonough and Margaret E. McDonough, commenced the action in Norfolk Superior Court in the Commonwealth of Massachusetts by filing their Complaint on March 30, 2022. On March 30, 2022, the plaintiffs also filed a Motion to Appoint Special Process Server, which was allowed the Court on the same date. True copies of the

Complaint and the Motion for Special Process Server, with the Court's endorsement thereon, are attached hereto as Exhibit A and Exhibit B, respectively.

3. The plaintiffs served Chubb with a Summons and a copy of the Complaint on April 1, 2022. A true copy of the Summons is attached as Exhibit C.

4. To Chubb's knowledge, no other pleadings have been filed.

5. According to the Complaint, the plaintiffs are individuals who both reside in North Quincy, Massachusetts. Complaint (Exhibit A), ¶ 1.

6. Chubb is a corporation organized under the laws of the State of Indiana. It has its principal place of business in New Jersey.

7. Accordingly, the plaintiffs and Chubb are citizens of different states, and complete diversity exists between them, as required for the jurisdiction of this Court under 28 U.S.C. § 1332(a)(1).

8. The Complaint seeks recovery of damages allegedly suffered by the plaintiffs as a result of Chubb's alleged breach of its contractual obligations under homeowners' insurance policies issued by Chubb to the plaintiffs for their condominium unit, as well as Chubb's alleged misrepresentation, alleged violation of G.L. c. 93A/176D, alleged lack of good faith and fair dealing, and alleged negligent infliction of emotional distress, plus up to treble damages, together with costs, interest, and attorneys' fees. According to their Civil Action Cover Sheet filed with their Complaint in Norfolk Superior Court and served on Chubb, the plaintiffs claim to have incurred at least $350,000.00 in damages. *See* Exhibit A. As such, the amount in controversy in this action exceeds the threshold amount of $75,000.00, as required for the jurisdiction of this Court under 28 U.S.C. § 1332(a).

3122920_1

9.     Based upon the foregoing, this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship) and, therefore, removal is proper under 28 U.S.C. § 1441(a).

10.    Because Chubb was first served with the Complaint on April 1, 2022, this action is being removed within the time period required by 28 U.S.C. § 1446(b).

11.    Venue is proper in this forum under:  (a) 28 U.S.C. § 1391(b)(1) and (c)(1) because the plaintiffs reside for venue purposes in this judicial district; and (b) 28 U.S.C. § 1391(b) because a substantial portion of the alleged events or omissions giving rise to the claim occurred in this judicial district.

WHEREFORE, notice is respectfully given that this action is hereby removed from Norfolk Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.

April 21, 2022                                  Respectfully submitted,

                                                CHUBB NATIONNAL INSURANCE
                                                COMPANY,
                                                By Its attorneys,

                                                /s/ John J. McGivney
                                                /s/ Kara A. Loridas
                                                _____
                                                John J. McGivney (BBO No. 333510)
                                                Kara A. Loridas (BBO No. 681727)
                                                RUBIN AND RUDMAN LLP
                                                53 State Street
                                                Boston, MA  02109
                                                (617) 330-7000
                                                jmcgivney@rubinrudman.com
                                                kloridas@rubinrudman.com

**CERTIFICATE OF SERVICE**

       I, Kara A. Loridas, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and e-mail copies will be sent to those indicated as non-registered participants on April 21, 2022. Papers were also served by electronic copy and hard copy to the following:

Jonathon D. Friedmann, Esq.
Preston L. Clinton, Esq.
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
jfriedmann@rflawyers.com
pclinton@rflawyers.com

                                                               /s/ Kara A. Loridas

                                                               Kara A. Loridas

3122920_1